IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA

      vs.            Criminal No. 14-181

STEVEN J. LYNCH,

    Defendant.

## ORDER OF COURT

AND NOW, this _____ day of _____, 2015, after consideration of the foregoing Motion for Discovery of Unredacted Rule 16 Materials, IT IS HEREBY ORDERED ADJUDGED AND DECREED that said Motion is:

_____

_____

_____

BY THE COURT:

_____
Hon. Maurice B. Cohill