# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | CR 14-181 |
| | ) | |
| STEVEN J. LYNCH | ) | |

## MEMORANDUM ORDER

Pre-trial motions were due from Defendant Steven J. Lynch on May 11, 2016. At a status conference held by this Court on May 4, 2016, counsel for Defendant indicated that they needed more time to file pretrial motions and the parties agreed to discuss a briefing schedule. Thereafter, the Government filed a Motion to Set a Pretrial Motions Briefing Schedule [58] requesting defense motions be due on May 27, 2016. Defendant objects to this date, and asks for additional time to file pre-trial motions, but does not provide a date certain on the basis that this case will be being reassigned to another judge sometime in the next few months.

Pre-trial motions can be filed by Defendant in this case at any time and said motions will be timely addressed by a judge on this Court. Accordingly, Defendant is ordered to file a response to the Government's Motion no later than May 18, 2016, that states the additional time he needs for the filing of his pre-trial motions, including a detailed explanation for the additional time sought.

AND NOW, this 13th day of May, 2016, it is hereby ORDERED, ADJUDGED, AND DECREED that Defendant shall have until May 18, 2016 to file a response to the Government's Motion that states the additional time Defendant needs for the filing of his pre-trial motions, including a detailed explanation for the additional time sought.

It is further hereby ORDERED, ADJUDGED, AND DECREED that all time until the Court's disposition of the Government's pending Motion is treated as excluded pursuant to 18 U.S.C. § 3161(h)(1)(D) and (H).

s/Maurice B. Cohill, Jr.
Maurice B. Cohill, Jr.
Senior United States District Court Judge
