IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 14-CR-181 (AJS) |
| v. | |
| STEVEN J. LYNCH | |

## REVISED EXHIBIT LIST

The United States, by and through undersigned counsel, hereby files a revised Exhibit List.

I.    Stipulated Changes

The parties have agreed upon the following changes pursuant to the Court's order (Docket #134) that are reflected on the Revised Exhibit List:

- D-22 and D-23 are removed from the Defendant's Exhibits.

- For D-2, D-3, D-4, D-25, D-26, D-127, and D-128 the government has withdrawn its objections per the Court's order.

- For G-75 through G-100, the defendant notes that his relevancy objections have been overruled by the Court's Memorandum Order Re: Motions In Limine (Dkt #134) but maintains his objections for purposes of any appeal.  (Other objections remain for these exhibits.)

II.    Exhibit D-14

**A.    Government Position**

The government submits that the *East Wind* case in D-14 should be removed or redacted per the Court's order that copies of legal materials "will **not** be given to the jury."

**B.     Defense Position**

D-14 is a 3/28/07 letter that includes amongst its attached exhibits a copy of *East Wind*.  Therefore, in order for the exhibit to be complete all attached exhibits should be included.  The Court's ruling on the motion in limine should not be viewed as directing the parties to distort the factual record.  In any event, we do not intend to use the exhibit in any way that violates the Court's ruling.

The facts of the case include letters from the Defendant to the IRS that involve discussions of East Wind, including attachments of copies of the case.  We have included only 1 of those letters as an exhibit.  As part of his good faith defense, Defendant is entitled to show that contemporaneously with the various disputes he was having with the IRS he was citing and relying upon East Wind and providing a copy to the IRS.  It would be a prejudicial, and likely reversible, error to prevent Defendant from putting on this evidence.

III.    G-33 through G-40 and G-44 through G-45

**A.     Defense Position**

G-33 through G-40 and G-44 through G-45 should be withdrawn per parts VII and VIII of the Court's order, which directs the parties, including defendant's expert, to remove information including settlement agreements "that relate to tax obligations from before April 2, 2004."  These government exhibits relate to tax obligations before 4/1/04 so they should be removed.

**B.      Government Position**

The Court's order does not address these exhibits for the following reasons:

(a)  the Court's order addresses only the settlement agreement;

(b)  the exhibits directly relate to allegations in paragraph 14 of the indictment about

collection activity;

(c)  some of the exhibits pertain to the 2004 time period (e.g., G-33 contains admissions

by the defendant about his role in the company in 2004);

(d)  the exhibits provide notice to the defendant that the IRS was engaged in collection

activity and that the defendant's companies did not qualify for the relief requested by

the defendant; and

(e)  testimony will establish that several of the letters (G-37, G-38, and G-40) are

examples of letters that were sent out multiple times to the defendant, so to the

extent that these copies are not permitted, the government would seek to replace

them with later versions of the same letters.

Respectfully submitted,
CAROLINE D. CIRAOLO

Principal Deputy Assistant Attorney General
U.S. Department of Justice Tax Division

By:      /s/ Jeffrey Bender
Jeffrey Bender
Brittney Campbell
Trial Attorneys, Tax Division
U.S. Department of Justice
601 D Street NW, Room 7129
Washington, DC  20530
Telephone:   (202) 305-4077 / 353-2260
Fax: (202) 606-1786
Jeffrey.b.bender@usdoj.gov
Brittney.n.campbell@usdoj.gov

**JOINT EXHIBITS FOR UNITED STATES V. LYNCH**

| ID | Description |
|---|---|
| JT-1 | IRS Transcript of 941 accounts for quarter ending December 31, 2007 for Iceoplex at Southpointe, ASMC Investment, and JSBR Investment |
| JT-2 | IRS Form 941 and account transcript for SRA Services for quarter ending June 30, 2008 |
| JT-3 | IRS Form 941 and account transcript for SRA Services for quarter ending September 30, 2008 |
| JT-4 | IRS Form 941, Amended Form 941, and account transcript for SRA Services for quarter ending December 31, 2008 |
| JT-5 | IRS Form 941 and account transcript for SRA Services for quarter ending March 31, 2009 |
| JT-6 | IRS Form 941 and account transcript for SRA Services for quarter ending June 30, 2009 |
| JT-7 | IRS Form 941 and account transcript for SRA Services for quarter ending September 30, 2009 |
| JT-8 | IRS Form 941 and account transcript for SRA Services for quarter ending December 31, 2009 |
| JT-9 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending June 30, 2010 |
| JT-10 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending September 30, 2010 |
| JT-11 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending December 31, 2010 |
| JT-12 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending December 31, 2011 |
| JT-13 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending June 30, 2012 |
| JT-14 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending September 30, 2012 |
| JT-15 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending December 31, 2012 |
| JT-16 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending March 31, 2013 |
| JT-17 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending June 30, 2013 |
| JT-18 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending September 30, 2013 |

| ID | Description |
|---|---|
| JT-19 | IRS Form 941 and account transcript for SRA Employee Services for quarter ending December 31, 2013 |
| JT-20 | IRS Form 941 and account transcript for Alder Street Management for quarter ending June 30, 2014 |
| JT-21 | IRS Form 941 and account transcript for Alder Street Management for quarter ending September 30, 2014 |
| JT-22 | IRS Form 941 and account transcript for Alder Street Management for quarter ending December 31, 2014 |
| JT-23 | IRS Form 941 and account transcript for Alder Street Management for quarter ending March 31, 2015 |
| JT-24 | IRS Form 941 and account transcript for Iceoplex at Southpointe for quarter ending September 30, 2014 |
| JT-25 | IRS Form 941 and account transcript for Iceoplex at Southpointe for quarter ending December 31, 2014 |
| JT-26 | IRS Form 941 and account transcript for Iceoplex at Southpointe for quarter ending March 31, 2015 |
| JT-27 | IRS Form 941 and account transcript for Jay's Sports Bar and Restaurant for quarter ending September 30, 2014 |
| JT-28 | IRS Form 941 and account transcript for Jay's Sports Bar and Restaurant for quarter ending December 31, 2014 |
| JT-29 | IRS Form 941 and account transcript for Jay's Sports Bar and Restaurant for quarter ending March 31, 2015 |
| JT-30 | Written protest regarding Trust Fund Penalty for Alder Street quarters ending 9/30/03 and 12/31/03 from Steven Lynch dated 4/10/04 |
| JT-31 | Lynch request for CDP Hearing for ASMC and SJL-DLR dated 4/10/04 |
| JT-32 | Form 433-B Collection Information Statement for Iceoplex at Southpointe LLC dated 3/24/05 |
| JT-33 | Letter from Steven Lynch to Revenue Officer Bernie Grimm dated 3/28/07 |
| JT-34 | IRS Form 433-B Collection Information Statement for Businesses for ASMC Holdings dated 6/3/08 |
| JT-35 | Letter from Steven Lynch to Revenue Officer Mary Arndt regarding SRA Services name change, dated 11/19/08 |
| JT-36 | Letter from Steven Lynch to Revenue Officer Mary Arndt requesting installment plan for 6/04-6/05 for Southpointe Rink Associates dated 4/10/09 |
| JT-37 | Letter from Steven Lynch with attached IRS Forms 843 and Exhibit A to IRS appeals regarding Southpointe Rink Associates dated 4/10/09 |
| JT-38 | "Written Protest" from Steven Lynch to Revenue Officer Mary Arndt dated 10/22/09 |
| JT-39 | Letter from Steven Lynch to Revenue Officer Mary Arndt seeking Due Process Hearing |

| ID | Description |
|---|---|
|  | for SRA Services, dated 2/12/10 |
| JT-40 | Letter from Steven Lynch to IRS with Forms 843 "Claims for Refund and Request for Abatement," dated 3/16/11 |
| JT-41 | 8 paychecks of Dennis Allison spanning 2008 to 2014 |
| JT-42 | 10 paychecks of Marcie Delsardo spanning 2008 to 2014 |
| JT-43 | 10 paychecks of Terry Young spanning 2008 to 2014 |
| JT-44 | 10 paychecks of Julie Perlow spanning 2008 to 2014 |
| JT-45 | Iceoplex at Southpointe Certificate of Organization dated 2/16/01 |
| JT-46 | Jay's Sports Bar and Restaurant Articles of Incorporation dated 1/24/96 and Articles of Amendment dated 11/7/06 |
| JT-47 | Body Tech at Southpointe Certificate of Organization dated 12/28/01 and Amendment changing name to SRA Services dated 2/13/08 |
| JT-48 | SRA Employee Services Certificate of Organization dated 12/29/09 |
| JT-49 | 2/24/10 – Letter from IRS re ASMC Holding, LLC |
| JT-50 | 2006-2010 - Copies of Checks paid to the IRS |
| JT-51 | 4/4/04 and 6/25/04 Liens |
| JT-52 | 9/26/14 IRS Transcript for ASMC Holdings LLC Fourth Quarter of 2003 |
| JT-53 | 3/20/09 Levy Notice to Community Bank |
| JT-54 | 11/12/09 SRA Services LLC Dollar Bank Levy |
| JT-55 | 11/20/09 SRA Services LLC Community Bank Levy |
| JT-56 | 3/18/09 Request for Appeal for denial of installment payment plan |
| JT-57 | 3/10/09 Southpointe Rink Associates, LP and SRA Investment LLC Bank Levies |
| JT-58 | 7/3/08 Letter to M. Arndt |
| JT-59 | 12/20/05 B. Grimm Letter |
| JT-60 | SRA Employee Services LLC Form 941 for the Fourth Quarter of 2011 |
| JT-61 | 2/17/12 Visa Card Statement |
| JT-62 | 1/27/12 - Web Site confirmation from OfficialPayments.com for SRA Employee Services LLC Form 941 for the Fourth Quarter of 2011 |
| JT-63 | Transcript re SRA Employee Services, LLC |
| JT-64 | March-August 2007 - IRS Transcript for ASMC Holdings LLC |
| JT-65 | March-August 2007 - IRS Transcript for ASMC Holdings LLC |
| JT-66 | Alder Street Management Co Transcript of 941 for 201403-201512 |
| JT-67 | ASMC Investment LLC-Transcript of 941's for 200703-200712 |
| JT-68 | ASMC Holding LLC (formerly Alder Street Mngt Co)-Transcript of 941's for 200303-200712 |

| ID | Description |
|----|-------------|
| JT-69 | Iceoplex at Southpointe LLC-Transcript of 941's for 200303-200803 |
| JT-70 | Iceoplex at Southpointe LLC-Transcript of 941's for 201403-201512 |
| JT-71 | Jays Sports Bar-Transcript of 941's for 201403-201512 |
| JT-72 | JSBR Investment LLC-Transcript of 941's for 200603-200712 |
| JT-73 | Lynch-Transcript of TFRP's for 200303-201412 |
| JT-74 | SJR Development Company Inc-Transcript of 941's for 200303-200712 |
| JT-75 | SRA Employee Services LLC-Transcript of 941's for 201003-201012 |
| JT-76 | SRA Employee Services LLC-Transcript of 941's for 201003-201312 |
| JT-77 | SRA Employee Services LLC-Transcript of 941's for 201103-201512 |
| JT-78 | SRA Services LLC (formerly Bodytech)-Transcript of 941's for 200303-201312 |
| JT-79 | SRA Services LLC-Transcript of 941's for 200803-201012 |
| JT-80 | 3/25/09 IRS Levy |
| JT-81 | 4/30/09 Bank Statements |
| JT-82 | 2011 Real Estate Taxes paid in 2013 |
| JT-83 | 2012 Real Estate Taxes paid in 2013 |
| JT-84 | 3/20/09 SWIF Bill for SRA Services LLC workers comp insurance |
| JT-85 | 2/27/11 Eastern Alliance Insurance Group Bill for SRA Employee Services LLC workers comp insurance (commercial provider) |
| JT-86 | EFTPS Summary from IRS Web Site |
| JT-87 | First Data Information for Registration of SRA Services LLC bank accounts for EFTPS purposes |
| JT-88 | First Data Information for Registration of SRA Employee Services LLC bank accounts for EFTPS purposes |
| JT-89 | First Data Schedule for payroll tax payments made from 1/1/08 forward using the EFTPS System |
| JT-90 | 11/19/08 Letter from Steven J. Lynch to Mary Arndt re name of Body Tech at Southpointe LLC changed to SRA Services LLC |
| JT-91 | 3/25/09 Letter from Community Bank |
| JT-92 | SRA Services LLC 033108 – Form 941 |
| JT-93 | SRA Employee Services LLC 033110 – Form 941 |
| JT-94 | SRA Employee Services LLC 033111 – Form 941 |
| JT-95 | SRA Employee Services LLC 063011 – Form 941 |
| JT-96 | SRA Employee Services LLC 093011 – Form 941 |
| JT-97 | SRA Employee Services LLC 033112 – Form 941 |
| JT-98 | SRA Employee Services LLC 033113 – Form 941 |

| ID | Description |
|---|---|
| JT-99 | Iceoplex at Southpointe LLC 033114 |
| JT-100 | Iceoplex at Southpointe LLC 063014 |
| JT-101 | Jay's Sports Bar and Restaurant, Inc. 033114 |
| JT-102 | Jay's Sports Bar and Restaurant, Inc. 063014 |
| JT-103 | Iceoplex at Southpointe LLC-Transcript of 941's for 200303-200803 |
| JT-104 | ASMC Investment LLC-Transcript of 941's for 200703-200712 |
| JT-105 | JSBR Investment LLC-Transcript of 941's for 200603-200712 |
| JT-106 | SRA Services LLC (formerly Bodytech)-Transcript of 941's for 200303-200803 |
| JT-107 | 4/1/09 Letter to Ameriserv Financial |
| JT-108 | 12/22/09 Ameriserv Financial Loan Agreement ($6,162,500.00) |
| JT-109 | 12/22/09 Ameriserv Financial Term Note ($6,162,500.00) |
| JT-110 | 12/22/09 Journal Entries – Ameriserv Loan |
| JT-111 | 9/26/13 TriState Capital Bank Term Sheet ($7,100,000.00) |
| JT-112 | 12/27/03 Credit Agreement |

**GOVERNMENT EXHIBITS**
**(WITH DEFENSE OBJECTIONS AND GOVERNMENT RESPONSES)**

| ID | Description | Defendant's Objection | Government's Response |
|---|---|---|---|
| G-1 | IRS Transcript of IRS Form 1065 filings for SRA Services (formerly Bodytech) for 2011 through 2015 | Due to the government's refusal to agree to a <u>mutual</u> waiver of business records foundation testimony for mostly undisputed correspondence and communications between the Defendant and the IRS, the Defendant asserts hearsay objections to this exhibit. | The government has offered to waive business records foundation for all records other than some records authored by the defendant himself.  The government does not believe letters, notes, and other correspondence authored by the defendant qualifies as a business record under Rule 803(6).  The government will establish through witness testimony that these exhibits are business records of the IRS, admissions of the defendant, and/or will offer the records for the non-hearsay purpose to show the effect |

|       |                                                                                                   |           | on the defendant. |
|-------|---------------------------------------------------------------------------------------------------|-----------|-------------------|
| G-2   | 2008 IRS Form 1065 for SRA Services                                                               | See G-1   | See G-1           |
| G-3   | 2009 IRS Form 1065 for SRA Services                                                               | See G-1   | See G-1           |
| G-4   | 2010 IRS Form 1065 for SRA Services                                                               | See G-1   | See G-1           |
| G-5   | IRS Transcript of IRS Form 1065 filings for SRA Employee Services for 2011 through 2015           | See G-1   | See G-1           |
| G-6   | 2010 IRS Form 1065 for SRA Employee Services                                                      | See G-1   | See G-1           |
| G-7   | IRS Transcript of IRS Form 1065 filings for ASMC Holding (formerly Alder Street Management) for 2008, 2009, and 2011–2015 | See G-1 | See G-1 |
| G-8   | 2007 IRS Form 1065 for ASMC Holding                                                               | See G-1   | See G-1           |
| G-9   | 2010 IRS Form 1065 for ASMC Holding                                                               | See G-1   | See G-1           |
|       |                                                                                                   | See G-1   | See G-1           |
| G-10  | IRS Transcript of IRS Form 1065 filings for ASMC Investment for 2011-2012 and 2015                | See G-1   | See G-1           |
| G-11  | 2007 IRS Form 1065 for ASMC Investment                                                            | See G-1   | See G-1           |
| G-12  | 2008 IRS Form 1065 for ASMC Investment                                                            | See G-1   | See G-1           |
| G-13  | 2009 IRS Form 1065 for ASMC Investment                                                            | See G-1   | See G-1           |
| G-14  | 2010 IRS Form 1065 for ASMC Investment                                                            | See G-1   | See G-1           |
| G-15  | 2013 IRS Form 1065 for ASMC Investment                                                            | See G-1   | See G-1           |
| G-16  | 2014 IRS Form 1065 for ASMC Investment                                                            | See G-1   | See G-1           |
| G-17  | IRS Transcript of IRS Form 1065 filings for Iceoplex at Southpointe for 2011-2015                 | See G-1   | See G-1           |
| G-18  | 2007 Form 1065 for Iceoplex at Southpointe                                                        | See G-1   | See G-1           |
| G-19  | 2008 Form 1065 for Iceoplex at Southpointe                                                        | See G-1   | See G-1           |
| G-20  | 2009 Form 1065 for Iceoplex at Southpointe                                                        | See G-1   | See G-1           |
| G-21  | 2010 Form 1065 for Iceoplex at Southpointe                                                        | See G-1   | See G-1           |
| G-22  | 2007 IRS Form 1120S for Jay's Sports Bar & Restaurant                                             | See G-1   | See G-1           |
| G-23  | 2008 IRS Form 1120S for Jay's Sports Bar & Restaurant                                             | See G-1   | See G-1           |
| G-24  | 2009 IRS Form 1120S for Jay's Sports Bar & Restaurant                                             | See G-1   | See G-1           |
| G-25  | 2010 IRS Form 1120S for Jay's Sports Bar & Restaurant                                             | See G-1   | See G-1           |
| G-26  | 2011 IRS Form 1120S for Jay's Sports Bar &                                                        | See G-1   | See G-1           |

| | | | |
|---|---|---|---|
| | Restaurant | | |
| G-27 | 2012 IRS Form 1120S for Jay's Sports Bar & Restaurant | See G-1 | See G-1 |
| G-28 | 2013 IRS Form 1120S for Jay's Sports Bar & Restaurant | See G-1 | See G-1 |
| G-29 | 2014 IRS Form 1120S for Jay's Sports Bar & Restaurant | See G-1 | See G-1 |
| G-30 | IRS Transcripts of Steven Lynch Trust Fund Recovery Penalty for Sept. 2003 and Dec. 2003 | See G-1 | See G-1 |
| G-31 | IRS Transcripts of Steven Lynch Trust Fund Recovery Penalty for Sept. 2004 through Dec 2004 | See G-1 | See G-1 |
| G-32 | IRS Transcripts of Steven Lynch Trust Fund Recovery Penalty for June 2008 through March 2009 | See G-1 | See G-1 |
| G-33 | Form 4180 Trust Fund Recovery Penalty Interview dated 03/02/04 | See G-1 | See G-1 |
| G-34 | Letter 1154 rejecting 4/10/04 (undated) | Improper legal opinion; not relevant; Also see G-1 | This accurately reflects the IRS position that was conveyed to the defendant.  It is not being offered as legal instruction to the jury.  Also see G-1 |
| G-35 | Notice of Determination and Appeals Case Memorandum for SJL-DLR dated 12/17/04 | See G-1 | See G-1 |
| G-36 | Notice of Determination for SJL-DLR dated 1/26/05 | See G-1 | See G-1 |
| G-37 | Letter 1058 Final Notice of Intent to Levy dated 3/15/04 | See G-1 | See G-1 |
| G-38 | Letter 1153 for Steven Lynch re: Trust Fund Recovery Penalty dated 3/30/04 | See G-1 | See G-1 |
| G-39 | Letter 3164C Attempt to Collect Unpaid Taxes from SJL-DLR dated 5/3/04 | See G-1 | See G-1 |
| G-40 | Letter 3172 Notice of Federal Tax Lien Filing dated 7/6/04 | See G-1 | See G-1 |
| G-41 | IRS "Request for Payment" letter dated 4/4/05 | See G-1 | See G-1 |
| G-42 | Notice of Federal Tax Lien for Steven Lynch dated 2/14/06 | See G-1 | See G-1 |

| G-43 | Form 3164A (DO) Letter to Alder Street dated 2/22/06 | See G-1 | See G-1 |
|------|------|------|------|
| G-44 | Letter from IRS appeals to Steven Lynch regarding federal tax appeal dated 3/25/05 | See G-1 | See G-1 |
| G-45 | Letter from IRS appeals to Steven Lynch closing case dated 4/25/05 | See G-1 | See G-1 |
| G-46 | Notice of Determination and attachment from IRS appeals for Alder Street Management dated 10/1/07 | See G-1 | See G-1 |
| G-47 | Letter from Revenue Officer Mary Arndt to Lynch denying request in 3/28/07 letter dated 3/20/08 | See G-1 | See G-1 |
| G-48 | IRS CP504 Intent to Levy for JSBR Investment, ASMC Investment, and Iceoplex at Southpointe LLC dated 1/7/08 | See G-1 | See G-1 |
| G-49 | IRS Letters 728 for Iceoplex at Southpointe and JSBR Investment for 2007 and Iceoplex for 2004–2006 dated 6/4/08 | See G-1 | See G-1 |
| G-50 | IRS CP161 for Bodytech at Southpointe regarding unpaid taxes for quarter ending June 30, 2008 dated 10/20/08 | See G-1 | See G-1 |
| G-51 | IRS CP504 for Bodytech at Southpointe regarding intent to levy for quarter ending June 30, 2008 dated 11/24/08 | See G-1 | See G-1 |
| G-52 | IRS CP161 for SRA Services regarding unpaid taxes for quarter ending Sept. 30, 2008 dated 12/29/08 | See G-1 | See G-1 |
| G-53 | IRS CP297A for SRA Services regarding notice of levy for quarter ending June 30, 2008 dated Feb. 9, 2009 | See G-1 | See G-1 |
| G-54 | IRS CP297A for SRA Services regarding notice of levy for quarter ending Sept. 30, 2008 dated Feb. 23, 2009 | See G-1 | See G-1 |
| G-55 | IRS Letter 725 from Revenue Officer Mary Arndt to Steven Lynch regarding unpaid taxes for SRA Services for quarters ending June 30, Sept. 30, and Dec. 31, 2008, dated 3/17/09 | See G-1 | See G-1 |
| G-56 | IRS Letter 903 from Revenue Officer Mary Arndt to Steven Lynch regarding collection against SRA Services dated 3/19/09 | See G-1 | See G-1 |
| G-57 | IRS CP161 for SRA Services regarding unpaid taxes for quarter ending Dec. 31, 2008 dated 3/23/09 | See G-1 | See G-1 |
| G-58 | Letter from IRS appeals to Southpointe Rink Associates dated 3/27/09 | Improper legal opinion; Also | See G-34 |

9

| | | | |
|---|---|---|---|
| | | see G-1 | |
| G-59 | IRS Form 4180 Trust Fund Recovery Penalty Interview for Steven Lynch for SRA Services for 4/1/08-12/31/08 dated 4/2/09 | See G-1 | See G-1 |
| G-60 | IRS Letter 1058 Notice of Intent to Levy for SRA Services for quarter ending December 31, 2008, dated 4/10/09 | See G-1 | See G-1 |
| G-61 | IRS CP161 for SRA Services regarding unpaid taxes for quarter ending June 30, 2009 dated 6/29/09 | Incomplete; Also see G-1 | The parties are hoping to resolve this objection. This document was mailed to the defendant by the IRS, and the copy provided by the defendant is missing a page. The government is obtaining a complete template from the IRS and will provide to the defendant. Also see G-1 |
| G-62 | IRS Letter 1058 Notice of Intent to Levy for SRA Services dated 8/24/09 | See G-1 | See G-1 |
| G-63 | IRS Letter 1053 to Steven Lynch regarding Trust Fund Recovery Penalty dated August 25, 2009 | See G-1 | See G-1 |
| G-64 | IRS CP161 for SRA Services regarding unpaid taxes for quarter ending June 30, 2009 dated 9/21/09 | See G-61 | See G-61 |
| G-65 | IRS Letter 1058 Notice of Intent to Levy for SRA Services for quarter ending June 30, 2009, dated 10/20/09 | See G-1 | See G-1 |
| G-66 | Notice of Determination and attachment from IRS appeals for SRA Services dated 11/17/09 | See G-58 | See G-34 |
| G-67 | IRS Letter 1154 (DO) to Steven Lynch forwarding protest to IRS Appeals dated 11/25/09 | See G-1 | See G-1 |
| G-68 | IRS CP161 for SRA Services regarding unpaid taxes for quarter ending Sept. 30, 2009 dated 12/28/09 | See G-61 | See G-61 |

| G-69 | Notice of Determination with attachment from IRS appeals for Iceoplex at Southpointe dated 1/22/10 | See G-58 | See G-34 |
|---|---|---|---|
| G-70 | IRS Letter 1058 Notice of Intent to Levy for SRA Services for quarter ending Sept. 30, 2009, dated 2/2/10 | See G-1 | See G-1 |
| G-71 | IRS CP161 for SRA Services regarding unpaid taxes for quarter ending Dec. 31, 2009 dated 4/12/10 | See G-1 | See G-1 |
| G-72 | Letter from IRS appeals to Steven Lynch scheduling conference dated 4/26/10 | See G-58 | See G-34 |
| G-73 | Letter from IRS appeals dated 8/3/10 and Appeals Case Memorandum dated 8/4/10 | See G-58 | See G-34 |
| G-74 | IRS CP187 Reminders for SRA Services for back taxes owed for quarters ending 6/08, 9/08, 12/08, 3/09, and 6/09, dated 11/29/10 | See G-61 | See G-61 |
| G-75 | Integra Appraisal of Iceoplex at Southpointe prepared for Ameriserv Financial on June 25, 2009 | (1) Relevancy objection overruled by Court; (2) Lack of Authentication and/or Inaccurate or Misleading/Juror Confusion; (3) hearsay; (4) incomplete | The government moved in limine to bar the defendant from arguing he lacked the ability to pay. If the motion is granted, the government agrees.  If not, then this is willfulness evidence that the defendant had funds to pay the unpaid taxes.  A witness will testify as to authenticity and address the hearsay objection.  The government believes these documents are complete, but any argument |

| | | | as to the completeness can be addressed on cross-examination. |
|---|---|---|---|
| G-76 | Ameriserv Financial Credit Exposure | See G-75 | See G-75 |
| G-77 | Request for Disbursement from Capital Improvement Escrow Account dated 3/18/10 | See G-75 | See G-75. Also, this is also willfulness evidence that the defendant authorized payments to creditors other than the IRS. |
| G-78 | December 22, 2009 "Assignment of Deposit Account" for Ameriserv Refinance | See G-75 | See G-77 |
| G-79 | December 22, 2009 HUD Settlement Statement for Ameriserv Refinance | See G-75 | See G-77 |
| G-80 | Memorandum from Matthew Rigo to Ameriserv Credit Committee regarding approval modification, dated 12/14/10 | See G-75 | See G-77 |
| G-81 | CBRE Appraisal of Iceoplex at Southpointe prepared for Tristate Capital Bank on December 15, 2013 | See G-75 | See G-75 |
| G-82 | SRA Investment Company and Affiliated Companies financial statements for 2010 to 2014 | Relevancy objection overruled by Court; incomplete | See G-75 |
| G-83 | SRA Investment Company and Affiliates Capital Improvements Summary 2010-2013 | Relevancy objection overruled by Court | See G-77 |
| G-84 | 2013 "Capital Improvements" | Relevancy objection overruled by Court | See G-77 |
| G-85 | Steven Lynch and Deborah Robinson personal financial statements for 2008 to 2014 | Relevancy objection overruled by Court | See G-77 |

| G-86 | Southpointe Rink Associates and Affiliated Entities Combined Financial Report dated 12/31/09 | Relevancy objection overruled by Court; hearsay | G-75.  A witness will establish the document as a business record. |
|---|---|---|---|
| G-87 | Southpointe Rink Associates and Affiliated Entities Combined Financial Report dated 12/31/10 | See G-86 | See G-86 |
| G-88 | Southpointe Rink Associates and Affiliated Entities Combined Financial Report dated 12/31/11 | See G-86 | See G-86 |
| G-89 | Southpointe Rink Associates and Affiliated Entities Combined Financial Report dated 12/31/12 | See G-86 | See G-86 |
| G-90 | December 27, 2013 HUD Settlement Statement for Tristate Refinance | See G-86 | See G-77 |
| G-91 | Rule 1006 Summary of Bank Account Signature Cards (2 pages) | (1) Relevancy objection overruled by Court (2) hearsay | (1) "Non-employer accounts" are relevant.  They include accounts for which defendant had signatory authority, that are related to the operation of the Iceoplex Businesses, and with which the defendant could make and receive payments; (2) The summary is based on admissible bank records which are business records that were made available to the defendant with |

|  |  |  | accompanying document certifications. |
|---|---|---|---|
| G-92 | Rule 1006 Summary of Payroll Entities and Bank Accounts (1 page) | hearsay | See G-91 for hearsay response |
| G-93 | Rule 1006 Summary of Bank Account Balances 2008-2015 for SRA Services and SRA Employee Services (2 pages) | (1) misleading and prejudicial to just provide accounts' minimum, high and average balances and total monthly debits and credits without analyzing sources and uses of cash, inter-company sweeps and transfers (duplication), etc.; (2) hearsay (3) incomplete (4) Relevancy objection overruled by Court | (1),(3) The chart is an accurate summary of the bank statements. It will be offered through a witness subject to cross examination; (2) See G-91 for hearsay response; (4) The account balances for these entities goes to the allegations in the indictment |
| G-94 | Rule 1006 Summary of Iceoplex and Jay's Sports Bar Account Balances, Debits, and Credits for 2008 to 2014 (7 pages) | Same as above (G-93) | The government will revise this summary to account for inter-company transfers and the parties will confer to try to resolve that objection. The relevance of other accounts will be addressed in our response to |

14

| | | | Docket 109. See above (G-93) for other responses. |
|---|---|---|---|
| G-95 | Rule 1006 Summary of Payroll Bank Accounts Credits and Debits  versus Wages and Trust Fund Taxes (11 pages) | Same as G-93 above | Same as G-94 above |
| G-96 | Rule 1006 Summary of Unpaid Employment Taxes (9 page) | (1) chart is misleading and prejudicial because it fails to account for all payments made; (2) hearsay; (3) incomplete; (4) Rule 1006 noncompliance | The government will revise this chart and the parties will confer to try to resolve objections.  For the hearsay objection, it is based on IRS transcripts that are admissible as business records. |
| G-97 | Rule 1006 Summary of Unpaid Trust Fund Taxes (1 page) | (1) Amounts are not accurate (2) hearsay; (3) Rule 1006 noncompliance | This is a compilation of the above exhibits and will be revised based on those revisions. |
| G-98 | Rule 1006 Summary of Unpaid Trust Fund Taxes v. Quarterly Debits for Iceoplex and Jay's Sports Bar and Restaurant (1 page) | (1) Amounts are not accurate; misleading and prejudicial to just provide accounts' "combined quarterly debits" without analyzing sources and uses of cash, inter-company sweeps and transfers | This is a compilation of the above exhibits and will be revised based on those revisions. |

| | | | |
|---|---|---|---|
| | | (duplication), etc ; (2) hearsay; (3) incomplete; (4) Rule 1006 noncompliance | |
| G-99 | Rule 1006 Summary of bank account disbursements from Ameriserv refinance proceeds and Tristate refinance proceeds (2 pages) | (1) borrower is not an employer and has no legal obligation to use assets to pay other entities' employment taxes; (2) misleading and will confuse jury re employer entities and no legal obligation of other entities to use assets to pay other entities' employment taxes; (3) improper legal opinion; (4) hearsay; (5) incomplete; (6) Rule 1006 non-compliance | (1), (2) The defendant's businesses obtained loans and used the proceeds to pay creditors other than the IRS. This is relevant to his willfulness. (3) There is no legal opinion in the summary; (4),(6) it is based on admissible, voluminous bank records that have been made available to the defendant; (5) a witness will be subject to cross-examination to address any incompleteness |
| G-100 | Rule 1006 Summary of IRS Forms K-1 for SRA Services (2008 and 2009) and SRA Employee Services (2010) (3 pages) | (1) Relevancy objection overruled by Court (2) inaccurate because incomplete and misleading depiction of entities' actual | This is based on the IRS Forms K-1 filed by the defendant and his entities. The parties will confer with the hope of resolving |

| | | ownership structure<br><br>(3) improper legal opinion;<br>(4) hearsay;<br>(5) incomplete;<br>(6) Rule 1006 non-compliance | objections other than relevance.  For relevance, it reflects the defendant's ownership of the entities for which he is charged as a "responsible person" |
|---|---|---|---|

| KEY to Defendant's Responses to Objections |
| --- |
| W     = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  =  Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

**DEFENDANT'S REVISED EXHIBIT LIST WITH GOV. OBJECTIONS AND DEFENDANT'S RESPONSES**

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-1 | 6/5/06 Letter from SJL accepting Governments offer for ASMC Holdings LLC (formerly named Alder Street Management Company) Installment Agreement for the Third and Fourth Quarters of 2003 (Justice Department) ($116,370.20) | Relevance; Inaccurate Description | W, NO Description modified as agreed by parties |
| D-2 | 7/28/06 Letter from Governments agreeing to ASMC Holdings LLC (formerly named Alder Street Management Company) Installment Agreement for the Third and Fourth Quarters of 2003 (Justice Department) ($116,370.20) | Withdrawn | N/A |
| D-3 | ASMC Holdings LLC (formerly named Alder Street Management Company) Installment Agreement for the Third and Fourth Quarters of 2003 (Justice Department) ($116,370.20) | Withdrawn | N/A |

| KEY to Defendant's Responses to Objections |
| --- |
| W    = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  = Government Document |
| GM = Evidence of Government's Mistakes |
| NO  = Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-4 | 7/8/11 Letter from Thomas Jaworski (AUSA) stating the ASMC Holdings LLC (formerly named Alder Street Management Company) Installment Agreement for the Third and Fourth Quarters of 2003 (Justice Department) ($116,370.20) was paid in full | Withdrawn | N/A |
| D-5 | ASMC Investment Installment Agreement for the First, Second, Third and Fourth Quarters of 2007 (Justice Department) ($8,658.00) | Inaccurate Description | W, NO Description is accurate |
| D-6 | 6/2/08 Meeting Agenda for meeting with Mary Arndt | Hearsay; Relevance | W, NO |
| D-7 | IRS Chief Counsel Memorandum re SRA Services LLC Tax Court case | Relevance | W, NO |
| D-8 | 12/21/05 IRS Criminal Investigation Unit Memorandum Declining to investigate | Relevance | W, NO |
| D-9 | 6/2/08 Payments Made to IRS for past due taxes | Hearsay; Relevance; Inaccurate Description | W, NO |
| D-10 | 2007 Payments Made to IRS for past due taxes | Hearsay; Relevance; Inaccurate Description | W, NO |

| KEY to Defendant's Responses to Objections |
|---|
| W    = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  = Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
|---|---|---|---|
| D-11 | 2003-2007 Payments Made to IRS for past due taxes | Hearsay; Relevance; Inaccurate Description | W, NO |
| D-12 | Payments Made to IRS for past due taxes | Hearsay; Relevance; Inaccurate Description | W, NO |
| D-13 | Payments Made to IRS for past due taxes | Hearsay; Relevance; Inaccurate Description | W, NO |
| D-14 | 3/07 - Letter from Steven J. Lynch to Bernard Grimm, IRS Collection Agent | Hearsay; Misleading/ Juror Confusion | W, NO |
| D-15 | 4/22/07 – 4/24/07 SL notes | Hearsay; Relevance | W, NO |
| D-16 | August 2007 Letter from Steven J. Lynch to D.W. DeVincentz, IRS Settlement Officer | Hearsay | W, NO |
| D-17 | July-September 2007 IRS Appeals Case Notes for ASMC Holdings LLC appeal | Hearsay; Lack of Foundation | W, NO |
| D-18 | 2/09 - Request for a Due Process Hearing for SRA Services LLC for Period 09/09 | Relevance | W, NO |
| D-19 | 2/09 - Payments made to Mary Arndt 6/2/08 for JSBR Investment LLC, ASMC Investment LLC, Iceoplex at Southpointe LLC | Hearsay; Relevance | W, NO |

| KEY to Defendant's Responses to Objections |
| --- |
| W = Relevant to willfulness element of charges |
| AD = Admission by government |
| GD = Government Document |
| GM = Evidence of Government's Mistakes |
| NO = Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-20 | 6/08 - Information Request for JSBR Investment LLC for periods 03/07, 06/07, 09/07, 12/07 with Responses | Hearsay; Relevance | W, NO |
| D-21 | 2007 - Payments made to IRS for Body Tech at Southpointe LLC, ASMC Holdings LLC, JSBR Investment LLC, Iceoplex at Southpointe LLC, and ASMC Investment LLC | Hearsay; Relevance; Inaccurate Description | W, NO |
| D-22 | OPEN | | |
| D-23 | OPEN | | |
| D-24 | 3/12/09 Tax Court Decision 13792-07L | Relevance | W, NO, GD |
| D-25 | 3/12/09 Tax Court Decision 13794-07L | Withdrawn | N/A |
| D-26 | 4/17/07 – 5/15/07 Transcript of IRS Appeals | Withdrawn | N/A |
| D-27 | 6/27/08 - Liens withdrawn against Steven J. Lynch | Relevance | W, NO, GD, GM, AD |
| D-28 | 3/16/06 - Liens withdrawn against Steven J. Lynch | Relevance | W, NO, GD, GM, AD |
| D-29 | 4/30/08 - Documents delivered to Julia Wahl from IRS Chief Counsel's office | Hearsay; Relevance | W, NO, GD, GM, AD |
| D-30 | 10/30/08 Memo from Mary Arndt | Relevance | W, NO, GD, GM, AD |
| D-31 | 3/11/09 IRS Counsel settlement memo | Relevance; Lack of Foundation | W, NO, GD, GM, AD |

21

| KEY to Defendant's Responses to Objections |
| --- |
| W     = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  =  Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-32 | 12/11/08 IRS notices | Relevance | W, NO, GD, GM, AD |
| D-33 | 3/4/09 Mary Arndt e-mail | Hearsay; Relevance | W, NO, GD, GM, AD |
| D-34 | 6/10/08 Julia Wahl notes | Hearsay; Relevance; Lack of Foundation | W, NO, GD, GM, AD |
| D-35 | 2/8/08 Steve Lynch Letter to Julia Walh | Hearsay; Relevance | W, NO, GM, AD |
| D-36 | 4/8/08 Letter to Bernie Grimm | Hearsay; Relevance | W, NO, GM, AD |
| D-37 | 6/10/08 Mary Arndt Memo | Relevance | W, NO, GD, GM, AD |
| D-38 | 5/29/08 Julia Wahl notes | Hearsay; Relevance; Lack of Foundation | W, NO, GD, GM, AD |
| D-39 | 5/31/11 Memo from Thomas Jaworski | Relevance; Lack of Foundation | W, NO, GD, GM, AD |
| D-40 | 4/3/09 Memo from Robert Metcalfe at Justice Department | Relevance; Lack of Foundation | W, NO, GD, GM, AD |
| D-41 | 4/4/13 Letter to Thomas Jaworski | Relevance | W, NO, GM, AD |
| D-42 | 3/18/13 E-Mail from Thomas Jaworski | Relevance | W, NO, GD, GM, AD |
| D-43 | 4/4/13 E-Mail from Thomas Jaworski re ASMC Holdings LLC | Relevance | W, NO, GD, GM, AD |
| D-44 | 4/14/07 Letter to Bernie Grimm | Hearsay; Relevance | W, NO, GM, AD |
| D-45 | 6/22/07 IRS Appeals Office letter | Relevance | W, NO, GD, GM, AD |
| D-46 | 3/7/07 Letter to Bernie Grimm | Hearsay; Relevance | W, NO, GM, AD |

14277655.1

| KEY to Defendant's Responses to Objections |
| --- |
| W = Relevant to willfulness element of charges |
| AD = Admission by government |
| GD = Government Document |
| GM = Evidence of Government's Mistakes |
| NO = Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-47 | February-May 2007 - IRS Appeals Case Notes for ASMC Holdings LLC appeal | Relevance | W, NO, GD, GM, AD |
| D-48 | 3/7/07 Notice to Community Bank requesting documents | Relevance | W, NO, GD |
| D-49 | June 2010 E-mails between Mary Arndt and Paul Bauer | Hearsay; Relevance | W, NO, GD, GM, AD |
| D-50 | 4/10/09 Request for an installment agreement for Southpointe Rink Associates, LP | Hearsay | W, NO |
| D-51 | 10/30/08 Memo from Mary Arndt | Relevance | W, NO, GD, GM, AD |
| D-52 | 3/19/09 Mary Arndt Request for determination of timely filing of CDP Appeal | Relevance | W, NO, GD |
| D-53 | 3/13/09 Request for a Collection Appeal Program for Southpointe Rink Associates, LP | Hearsay; Relevance | W, NO |
| D-54 | 4/10/08 E-mail from Mary Arndt to Julia Wahl and Dennis Bohn re §6672 Penalty | Hearsay; Relevance | W, NO, GM, GD, AD |
| D-55 | 2/12/07 Letters to Bernie Grimm re collection action | Hearsay; Relevance | W, NO, GM |
| D-56 | 4/10/07 Letter from Bernie Grimm re liens | Hearsay; Relevance | W, NO, GD, GM, AD |
| D-57 | 4/12/07 Letters to Bernie Grimm re collection action | Hearsay; Relevance | W, NO, GM |

| KEY to Defendant's Responses to Objections |
|---|
| W    = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  = Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  = Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
|---|---|---|---|
| D-58 | 6/22/07 Appeals Determination re ASMC Holdings LLC | Relevance | W, NO, GM, AD, GD |
| D-59 | 4/11/07 Letters to Bernie Grimm re transcript errors | Hearsay; Relevance | W, NO, GM, GD |
| D-60 | 2/07 Appeals officer E. Simpson notes | Relevance; Lack of Foundation | W, NO, GM, AD, GD |
| D-61 | 11/2/07 IRS Memo re change in law for collections effective 9/22/07 | Relevance | W, NO, GD |
| D-62 | 3/06 Notes from Appeals officer Marilyn Q. Alls | Relevance; Lack of Foundation | W, NO, GD, AD |
| D-63 | 1/07 Notes re Southpointe Rink Associates, LP File | Hearsay; Relevance; Lack of Foundation | W, NO, GM, GD, AD |
| D-64 | 1/06 - Request for a Due Process Hearing for Southpointe Rink Associates, LP | Hearsay; Relevance | W, NO, GD, GM, AD |
| D-65 | 3/09 - IRS Files re Due Process Appeal for Southpointe Rink Associates, LP. | Hearsay; Relevance | W, NO, GD, GM, AD |
| D-66 | 5/09 - Notices re liens | Relevance | W, NO, GD, GM, AD |
| D-67 | 5/09 - IRS Files on SJR Development Company, Inc. | Hearsay; Relevance | W, NO, GD, GM, AD |
| D-68 | 3/16/11 - E-mail from SJL to Thomas Jaworski re additional payment | Hearsay; Relevance | W, NO |
| D-69 | 4/26/11 Letter from SJL to Thomas Jaworski with additional payment | Hearsay; Relevance | W, NO |

| KEY to Defendant's Responses to Objections |
| --- |
| W     = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  =  Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-70 | 5/28/98 Letter from U.S. Attorney to Steven J. Lynch | Relevance | W, NO, GD |
| D-71 | 5/23/14 TIGTA Trust fund Penalty Report | Relevance | W, NO, GD |
| D-72 | 4/28/10 TIGTA Report | Relevance | W, NO, GD |
| D-73 | 1/1/08 – 3/31/15 Schedule of Payments | Hearsay | W, NO |
| D-74 | 2/9/10 Letter to PA Compensation Ratings Bureau as part of SRA Employee Services LLC workers comp insurance change to a commercial provider | Hearsay; Relevance | W, NO |
| D-75 | 4/30/09 SRA Building Payroll Account Community Bank Statement | Inaccurate Description | Description Accurate |
| D-76 | First Data Schedule for payroll tax payments made from 1/1/08 forward using the EFTPS System (with total lines added by SJL) | Lack of Foundation Unless D Testifies; Relevance | W, NO, GD |
| D-77 | 9/1/09 Payment | Hearsay; Relevance | W, NO |
| D-78 | 1/1/08 Assignment of Assets from Body Tech at Southpointe LLC to Iceoplex at Southpointe LLC | Lack of Foundation Unless D Testifies; Relevance | W, NO |
| D-79 | 6/08 Information Request for ASMC Holdings LLC for periods 09/03, 12/03, 09/05, 12/05, 03/06, 09/06, 12/06 with Responses | Hearsay; Relevance | W, NO, GD |

| KEY to Defendant's Responses to Objections |
| --- |
| W   = Relevant to willfulness element of charges |
| AD = Admission by government |
| GD = Government Document |
| GM = Evidence of Government's Mistakes |
| NO = Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-80 | 6/08 Information Request for ASMC Investment LLC for periods 03/07, 06/07, 09/07, 12/07 with Responses | Hearsay; Relevance | W, NO, GD |
| D-81 | 6/08 Information Request for Iceoplex at Southpointe LLC for periods 06/04, 09/04, 03/05, 06/05, 03/06, 12/06, 03/07, 06/07, 09/07, 12/07 with Responses | Hearsay; Relevance | W, NO, GD |
| D-82 | 11/19/08 Request for a Due Process Hearing for Southpointe Rink Associates, LP | Hearsay; Relevance | W, NO, GD |
| D-83 | 9/26/07 IRS Notice re changes to LLC collections after 1/1/09 | Relevance | W, NO, GD, GM, AD |
| D-84 | 5/19/11 Iceoplex – IRS Notice | Relevance | W, NO, GD, GM, AD |
| D-85 | 6/14/11 SRA Employee Services LLC – IRS Notice | Relevance | W, NO, GD, GM, AD |
| D-86 | 5/16/12 Letter to SA Bauer – Index of Documents Produced | Hearsay; Relevance | W, NO |
| D-87 | 12/09 Opinion Letter- Ameriserv Financial Bank Transaction | Hearsay; Relevance | W, NO |
| D-88 | 12/13 Opinion Letter- TriState Capital Bank Transaction | Hearsay; Relevance | W, NO |
| D-89 | Tax Court Decision for SRA Services LLC 200803, 200806, 200809 | Relevance | W, NO, GD, AD |

| KEY to Defendant's Responses to Objections |
| --- |
| W    = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  = Government Document |
| GM = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-90 | 9/4/03 Sky Bank Mortgage Note ($4,600,000) | Relevance | W, NO |
| D-91 | 6/18/04 Community Bank Loan Documents ($350,000) | Relevance | W, NO |
| D-92 | 10/13/06 Dollar Bank Note ($300,000.00) | Relevance | W, NO |
| D-93 | 6/27/07 Sky Bank Line of Credit ($325,000.00) | Relevance | W, NO |
| D-94 | 9/7/07 Sky Bank Line of Credit ($350,000.00) | Relevance | W, NO |
| D-95 | 5/20/08 Huntington Bank Promissory Note ($1,275,000.00) | Relevance | W, NO |
| D-96 | 5/20/08 Commercial Pledge and Security Agreement with Huntington Bank | Relevance | W, NO |
| D-97 | 11/16/08 Letter to Wells Fargo Bank | Relevance | W, NO |
| D-98 | 12/4/08 Letter to Allegheny Valley Bank | Relevance | W, NO |
| D-99 | 1/18/09 Letter to Kensington Capital Corporation | Relevance | W, NO |
| D-100 | 3/23/09 Letter to Dollar Bank | Relevance | W, NO |
| D-101 | 3/30/09 Letter to Community Bank | Relevance | W, NO |
| D-102 | 9/4/09 Huntington Bank Promissory Note ($1,275,000.00) | Relevance | W, NO |
| D-103 | 9/8/10 Mark F. Miller Promissory Note ($100,000.00) | Relevance | W, NO |

| KEY to Defendant's Responses to Objections |
| --- |
| W   = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  =  Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-104 | 11/1/11 JMPMFM Enterprises LP Promissory Note ($200,000.00) | Relevance | W, NO |
| D-105 | 3/30/12 Huntington Bank Loan Documents ($300,000.00) | Relevance | W, NO |
| D-106 | 4/11/13 Huntington Bank Loan Documents ($300,000.00) | Relevance | W, NO |
| D-107 | 6/18/13 Leasing Experts Loan Application ($200,000.00) | Relevance | W, NO |
| D-108 | 7/2/13 Direct Capital Loan Proposal ($150,000.00) | Relevance | W, NO |
| D-109 | 8/29/13 Engbel, LLC Promissory Note ($330,000.00) | Relevance | W, NO |
| D-110 | 9/14/13 S&T Bank Information ($7,000,000.00) | Relevance | W, NO |
| D-111 | 9/17/13 Fifth Third Bank Proposal ($6,325,000.00) | Relevance | W, NO |
| D-112 | 10/11/13 Main Street Capital Loan Documents ($126,000.00) | Relevance | W, NO |
| D-113 | 8/13/14 990 North Main LP Promissory Note ($250,000.00) | Relevance | W, NO |
| D-114 | 12/22/14 Bradford Capital Financial Services LP Promissory Note ($250,000.00) | Relevance | W, NO |

| KEY to Defendant's Responses to Objections |
|---|
| W     = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  =  Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
|---|---|---|---|
| D-115 | Demonstrative Exhibit – ASMC and Related Real Estate Entities 1984 – 1988 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |
| D-116 | Demonstrative Exhibit - ASMC and Related Real Estate Entities 1989 – 1991 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |
| D-117 | Demonstrative Exhibit - ASMC and Related Real Estate Entities 1992 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |
| D-118 | Demonstrative Exhibit - ASMC and Related Real Estate Entities 1993 – 1995 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |

14277655.1

| KEY to Defendant's Responses to Objections |
|---|
| W      = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  =  Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
|---|---|---|---|
| D-119 | Demonstrative Exhibit - ASMC and Related Real Estate Entities 1996 – 2000 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |
| D-120 | Demonstrative Exhibit - ASMC and Related Real Estate Entities 2001 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |
| D-121 | Demonstrative Exhibit - ASMC and Related Real Estate Entities 2002 - 2005 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |
| D-122 | Demonstrative Exhibit - ASMC and Related Real Estate Entities 2006 - 2007 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |

14277655.1

| KEY to Defendant's Responses to Objections |
|---|
| W    = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  =  Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
|---|---|---|---|
| D-123 | Demonstrative Exhibit – SRA Services LLC and Related Real Estate Entities 2008 - 2009 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |
| D-124 | Demonstrative Exhibit - SRA Employee Services LLC and Related Real Estate Entities 2010 – 2013 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |
| D-125 | Demonstrative Exhibit – ASMC and Related Real Estate Entities 2014 – 2015 | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |
| D-126 | Demonstrative Exhibit – 2010 – 2012 Nobel Street Assoc. L.P. and Related Investment Entities (Entities Formed in 1989) | Relevance; Rule 1006 noncompliance; Not a demonstrative (not based on admitted evidence) | W, NO; underlying records have been produced; illustrative/demonstrative exhibit that will be supported by testimony. |

| KEY to Defendant's Responses to Objections |
| --- |
| W    = Relevant to willfulness element of charges |
| AD  = Admission by government |
| GD  =  Government Document |
| GM  = Evidence of Government's Mistakes |
| NO  =  Relevant to Defendant's non-obstruction and cooperation |

| Defendant's Exhibit No. | Description | Gov. Objection(s) | Defendant's Response(s) |
| --- | --- | --- | --- |
| D-127 | Appendix B to Expert Report of David Kaplan | Withdrawn | N/A |
| D-128 | Appendix C to Expert Report of David Kaplan | Withdrawn | N/A |

14277655.1

<u>CERTIFICATE OF SERVICE</u>

      I certify that on August 11, 2016, I electronically filed the foregoing *Revised Exhibit List* with the Clerk of the Court using CM/ECF, which thereby forwarded the filing by electronic mail to the following counsel for the Defendant:

G. William Bills , Jr. (gwilliambills@yahoo.com)
Robert M. Barnes    (rbarnes@marcus-shapira.com, mcdowell@marcus-shapira.com)
Sally A. Frick    (safattyusa@netscape.net)
Daniel J. Stuart  (stuart@marcus-shapira.com)

                     <u>/s/ Jeffrey B. Bender</u>
                     JEFFREY B. BENDER