IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

STEVEN J. LYNCH,

    Defendant.

Criminal No. 14-181
ELECTRONICALLY FILED

## TRIAL WITNESS LIST

Government Witnesses

1. Dennis Allison (8/29/16)
2. Victoria O'Brien (8/30/16)
3. Mary Roman Arndt (8/30/16)
4. Terri Young (8/30/16)
5. Amanda Lauth (8/30/16)
6. Marcie Del Sardo (8/30/16)
7. David G. Holzworth (8/31/16)
8. Douglas H. Blynn (8/31/16)
9. Drew Mutschler (8/31/16)
10. Julie Perlow (8/31/16)
11. Lisa Gapsky (8/31/16) thru (9/1/16)
12. Matthew Rigo (9/1/16)

Defense Witnesses

13. David Kaplan (9/1/16)
14. Mark Sullivan (9/1/16)