IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STEVEN J. LYNCH,

    Defendant.

Criminal No. 14-181
ELECTRONICALLY FILED

| | |
|---|---|
| **Hearing Held: Sentencing** <br> **Date of Hearing: 1-12-17** <br> **Before Judge Arthur J. Schwab** | |
| Government Counsel | Jeffrey Bender and Brittney Campbell |
| Defense Counsel | Robert Barnes and Sally Frick |
| Probation Officer | Andrew Waszyn and Jessica DeLano |
| Court Reporter | Deborah Rowe |
| Law Clerk/Deputy Clerk | EET/LCK |
| Start time | 8:06 AM |
| End time | 9:15 AM |

DEFENDANT PRESENT and remains under oath

**NOTED:**

Dr. Lawrence John testifies on behalf of defendant.

The defendant is sentenced to a 48-month term of imprisonment at each count of conviction, to be served concurrently, to be followed by a 3- year term of supervised release at each count of conviction, to be served concurrently. A mandatory $1,600.00 special assessment is imposed; a fine of $75,000 is imposed; and restitution in the amount of $793,145.00.

Defense to file a Motion for Bail Pending Appeal due 1/16/17. Response from the government due 1/18/17 at noon.